The People of the State of New York v. Guiseppe Adrogna.— Motion denied. Settle order on notice.

Patrick Gallagher v. Mary Gallagher.— Motion granted.  Settle order on notice.

In the Matter of Ritter Place.— Application granted.  Settle order on notice.

Grace B. Guggenheim v. William Guggenheim.— Motion denied.  Settle order on notice.

William Carter v. Builders' Construction Company.— Motion to modify order denied, with ten dollars costs.  Settle order on notice.

Nicholas W. Anthony v. Moore & Munger Company.— Motion denied.  Settle order on notice.

In the Matter of Louis Alexander.— Reference ordered.  Settle order on notice.

Anne Robinson, as Administratrix, etc., of Patrick Robinson, Deceased, Respondent, v. Consolidated Gas Company of New York, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Clement H. Smith, Appellant, v. Louis A. Peyrot, Respondent.— Determination affirmed, with costs.  No opinion.  (Patterson, P. J., and Clarke, J., dissenting.)

Pietro Messina, as Administrator, etc., of Antonina Messina, Deceased, Respondent, v. Morris Bergman, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Compania Mexicana de Finanzas E Inversiones, Sociedad Anonima, Respondent, v. Richard H. Swartwout and Paul Appenzellar, Appellants.— Judgment and order affirmed, with costs.  No opinion.

Charles E. Dowdall, Respondent, v. George Borgfeldt & Company, Appellant.  (Nos. 1 and 2.) — Determinations affirmed, with costs.  No opinion.

Daimler Motoren Gesellschaft, Appellant, v. Daimler Manufacturing Company, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply on payment of costs.  No opinion.

Louis Schechwitz, Respondent, v. Charles F. Hayes, Appellant.— Judgment and order affirmed, with costs.  No opinion.

In the Matter of Proving the Last Will and Testament of Hiram H. Lamport, Deceased.  Mary Clementine Smedley, Appellant; Althea Grant Jewell and Others, Respondents.— Decree affirmed, with costs.  No opinion.

In the Matter of the Judicial Settlement of the Account of Alphonse H. Kursheedt and Others, as Executors of and Trustees under the Last Will and Testament of Frederic A. Kursheedt, Deceased, Respondents.  Edmund B. Kursheedt, Appellant; Albert E. Kursheedt and Others, Respondents.— Decree affirmed, with costs.  No opinion.

Thomas E. Dockrell, Respondent, v. The Ridgway Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.  No opinion.